UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY PELLICANO,<br>MARK ARNESON,<br>RAYFORD EARL TURNER,<br>KEVIN KACHIKIAN,<br>ABNER NICHERIE, and<br>TERRY CHRISTENSEN,<br><br>　　　　Defendants. | ) Case No. CR 05-1046(E) -DSF<br>)<br>) **ORDER REGARDING MOTION**<br>) **SCHEDULE AND HEARING DATE**<br>)<br>) The Honorable Dale S. Fischer<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　In accordance with the stipulation between the government and Defendant Christensen, individually and through their counsel of record, THE COURT HEREBY ORDERS as follows:

　　1.　All opposition papers to Defendant Christensen's Motion to Dismiss the Fifth Superseding Indictment and Request for Production of Grand Jury Transcripts are due no later than January 7, 2008.

///

///

2. All reply papers will be due no later than January 14, 2008.

3. The hearing on such motion is hereby set for 8:30 a.m. on January 28, 2008.

IT IS SO ORDERED.

DATED: 1/2/08

*Dale S. Fischer*

_____
HONORABLE DALE S. FISCHER
United States District Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 1100, Los Angeles, California 90071.

On December 21, 2007, I served on the interested parties in said action the within:

**1. STIPULATION REGARDING MOTION SCHEDULE AND HEARING DATE**

**2. [PROPOSED] ORDER REGARDING MOTION SCHEDULE AND HEARING DATE**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

[X] (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ] (FACSIMILE) I caused the foregoing document to be served by facsimile transmission to AUSA Daniel Saunders and AUSA Kevin Lally at the facsimile machine telephone number shown as stated on the attached mailing list.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on December 21, 2007, at Los Angeles, California.

| Yvonne A. Kubicek | /s/ Yvonne A. Kubicek |
|---|---|
| (Type or print name) | (Signature) |

# SERVICE LIST

| | |
|---|---|
| Daniel Saunders<br>Kevin M. Lally<br>Assistant United States Attorneys<br>United States Attorney's Office<br>1500 United States Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012<br>Fax: (213) 894-3713 | Counsel for Plaintiff<br>UNITED STATES OF AMERICA |
| Steven F. Gruel, Esq.<br>Law Office of Steven F. Gruel<br>655 Montgomery Street, Suite 1700<br>San Francisco, CA 94111<br>Fax: (415) 576-1442 | Counsel for Defendant<br>ANTHONY PELLICANO |
| Michael Artan<br>Law Offices of Michael H. Artan<br>624 South Grand Avenue, Suite 2200<br>Los Angeles, California 90017 | Counsel for Defendant<br>ANTHONY PELLICANO |
| Stephen D. Miller, Esq.<br>Law Offices of Stephen D. Miller P.C.<br>360 North Bedford Drive, Suite 204<br>Beverly Hills, CA 90210-5157<br>Fax: (310) 247-8588 | Counsel for Defendant MARK ARNESON |
| Chad Hummel, Esq.<br>Brian Lerner, Esq.<br>Manatt, Phelps & Phillips<br>11355 West Olympic Boulevard<br>Los Angeles, CA 90064<br>Fax: (310) 914-5736 | Counsel for Defendant MARK ARNESON |
| Mona C. Soo Hoo, Esq.<br>Law Offices of Mona C. Soo Hoo<br>One Wilshire Building<br>624 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90017-3323<br>Fax: (213) 623-3836 | Counsel for Defendant<br>RAYFORD EARL TURNER |
| Adam H. Braun, Esq.<br>1880 Century Park East, Suite 710<br>Los Angeles, CA 90067<br>Fax: (310) 277-2270 | Counsel for Defendant<br>KEVIN KACHIKIAN |
| Lawrence J. Semenza, Esq.<br>3025 East Post Road<br>Las Vegas, NV 89120<br>Fax: (702) 263-3539 | Counsel for Defendant<br>ABNER NICHERIE |