FILED
CLERK, U.S. DISTRICT COURT

JAN I 6 2007

CT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ANTHONY PELLICANO,
MARK ARNESON,
RAYFORD EARL TURNER,
KEVIN KACHIKIAN,
ABNER NICHERIE, and
TERRY CHRISTENSEN,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  CR 05-1046(E) -DSF

[PROPOSED] ORDER REGARDING
ABBREVIATED MOTION
SCHEDULE AND ADVANCED
HEARING DATE RE: DEFENDANT
CHRISTENSEN'S MOTION FOR
STAY PENDING APPEAL

The Honorable Dale S. Fischer

    In accordance with the stipulation between all the parties, individually and through their counsel of record, regarding an abbreviated motion schedule and advanced hearing date, THE COURT HEREBY ORDERS as follows:

    1.    All opposition papers to Defendant Christensen's Motion to Stay Pending Appeal are due no later than January 18, 2008.

    2.    All reply papers will be due no later than January 22, 2008.

///

3.      The hearing on such motion is hereby set for 8:30 a.m. on January 28, 2008 (a date previously set for a status conference hearing in this case).

IT IS SO ORDERED.

DATED:  January /6  , 2008

_____
HONORABLE DALE S. FISCHER
United States District Court

**PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                               )   ss.:
COUNTY OF LOS ANGELES          )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 South Hope Street, Suite 1100, Los Angeles, California 90071.

On January 15, 2008, I served on the interested parties in said action the within:

**1.      STIPULATION FOR ABBREVIATED MOTION SCHEDULE AND ADVANCED HEARING DATE REGARDING DEFENDANT CHRISTENSEN'S MOTION FOR STAY PENDING APPEAL**

**2.      [PROPOSED] ORDER REGARDING ABBREVIATED MOTION SCHEDULE AND ADVANCED HEARING DATE RE: DEFENDANT CHRISTENSEN'S MOTION FOR STAY PENDING APPEAL**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

☒      (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐      (FACSIMILE) I caused the foregoing document to be served by facsimile transmission to AUSA Daniel Saunders and AUSA Kevin Lally at the facsimile machine telephone number shown as stated on the attached mailing list.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on January 15, 2008, at Los Angeles, California.

| | |
|---|---|
| Yvonne A. Kubicek | /s/ Yvonne A. Kubicek |
| (Type or print name) | (Signature) |

## SERVICE LIST

| | |
|---|---|
| Daniel Saunders<br>Kevin M. Lally<br>Assistant United States Attorneys<br>United States Attorney's Office<br>1500 United States Courthouse<br>312 North Spring Street<br>Los Angeles, CA  90012<br>Fax:  (213) 894-3713 | Counsel for Plaintiff<br>UNITED STATES OF AMERICA |
| Stephen D. Miller, Esq.<br>Law Offices of Stephen D. Miller P.C.<br>360 North Bedford Drive, Suite 204<br>Beverly Hills, CA  90210-5157<br>Fax:  (310) 247-8588 | Counsel for Defendant MARK ARNESON |
| Chad Hummel, Esq.<br>Brian Lerner, Esq.<br>Manatt, Phelps & Phillips<br>11355 West Olympic Boulevard<br>Los Angeles, CA  90064<br>Fax:  (310) 914-5736 | Counsel for Defendant MARK ARNESON |
| Mona C. Soo Hoo, Esq.<br>Law Offices of Mona C. Soo Hoo<br>One Wilshire Building<br>624 South Grand Avenue, 22nd Floor<br>Los Angeles, CA  90017-3323<br>Fax:  (213) 623-3836 | Counsel for Defendant<br>RAYFORD EARL TURNER |
| Adam H. Braun, Esq.<br>1880 Century Park East, Suite 710<br>Los Angeles, CA  90067<br>Fax:  (310) 277-2270 | Counsel for Defendant<br>KEVIN KACHIKIAN |
| Lawrence J. Semenza, Esq.<br>3025 East Post Road<br>Las Vegas, NV  89120<br>Fax:  (702) 263-3539 | Counsel for Defendant<br>ABNER NICHERIE |
| Anthony Pellicano<br>Register No. 21568-112, 6 North<br>Metropolitan Detention Center<br>P.O. Box 1500<br>535 North Alameda Street<br>Los Angeles, CA 90053 | In Propria Persona |