UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 05-1046(E)  DSF | | Date | April 10, 2008 |
|---|---|---|---|---|

| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| PAUL PIERSON | NOT PRESENT | DANIEL SAUNDERS KEVIN LALLY (NOT PRESENT) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) ANTHONY PELLICANO | NOT | X | | 1) PRO SE | | | |
| 2) MARK ARNESON | NOT | | X | 2) CHAD HUMMEL | NOT | | X |
| 3) RAYFORD EARL TURNER | NOT | | X | 3) MONA SOO HOO | NOT | | X |
| 4) KEVIN KACHIKIAN | NOT | | X | 4) ADAM BRAUN | NOT | | X |
| 6) ABNER NICHERIE | NOT | | X | 6) LAWRENCE SEMENZA | NOT | | X |

| **Proceedings:** | (In Chambers) | Order Regarding Statement by Defendant Mark Arneson to Lieutenant Donald Hooper |
|---|---|---|

    The government, by way of a filter attorney, has moved for a finding that a written statement from defendant Mark Arneson to Lieutenant Donald Hooper of the Los Angeles Police Department was not a compelled statement under Garrity v. State of New Jersey, 385 U.S. 493 (1967). The burden is on the defendant to show that a particular statement is compelled or coerced. See United States v. Koon, 34 F.3d 1416, 1431 (9th Cir. 1994), vacated in part on other grounds, Koon v. United States, 518 U.S. 81 (1996). Although counsel for Arneson objected to the evidence, he stated on the record that he would provide no evidence or argument in opposition to the government's motion. Therefore, Arneson has not carried his burden.

    The government filter attorney requested that the filings related to this motion be filed under seal to prevent the government's prosecuting attorneys from viewing potentially compelled material. As the Court has ruled on the merits of the motion in favor of the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

government, there is no reason to file the government's motion under seal.

    The government's motion is GRANTED. The government's motion is ordered to be filed for public view.

IT IS SO ORDERED.

                                                     Initials of Deputy Clerk: PDP