UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No. | CR 05-1046(E)  DSF | Date | April 14, 2008 |
|---|---|---|---|

| Present: The Honorable | DALE S. FISCHER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| PAUL PIERSON | NOT PRESENT | DANIEL SAUNDERS<br>KEVIN LALLY<br>(NOT PRESENT) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) ANTHONY PELLICANO | NOT | X | | 1) PRO SE | | | |
| 2) MARK ARNESON | NOT | | X | 2) CHAD HUMMEL | NOT | | X |
| 3) RAYFORD EARL TURNER | NOT | | X | 3) MONA SOO HOO | NOT | | X |
| 4) KEVIN KACHIKIAN | NOT | | X | 4) ADAM BRAUN | NOT | | X |
| 6) ABNER NICHERIE | NOT | | X | 6) LAWRENCE SEMENZA | NOT | | X |

**Proceedings:**   (In Chambers)   Order VACATING Order GRANTING Motion to Preclude Government Argument

    For the reasons stated on the record on April 11, 2008, the portion of the Court's April 4, 2008 Order precluding the government from referring to Defendant Arneson's failure to appear at the Internal Affairs interview in its closing argument is vacated.

IT IS SO ORDERED.

                                                                Initials of Deputy Clerk: PDP